IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO BANK N.A., | Case No. 2:23-cv-01465-JHC |
| Plaintiff, | |
| v. | ORDER EXTENDING TEMPORARY RESTRAINING ORDER |
| RAIDEN llc, a Washington limited liability company; and MIKHAIL GOIMAN a/k/a MIHAI GOIMAN and the marital community composed of MIKHAIL GOIMAN and JANE or JOHN DOE GOIMAN, | |
| Defendants. | |

This matter came before the Court pursuant to the Court's previously entered Order Granting Temporary Restraining Order ( "TRO"). See Dkt. # 15. Pursuant to the TRO, a hearing was held on October 19, 2023, at 1:30 P.M., in which BMO Bank N.A. appeared through its attorney Jacob D. Rosenblum and requested that the TRO be continued. No Defendants appeared. Finding good cause to continue the hearing on the TRO, it is hereby:

ORDERED that the TRO shall remain in effect until further order of this Court and that all injunctions and restraints against Defendants in the TRO shall remain in effect;

AND IT IS FURTHER ORDERED that hearing on the TRO hearing which took place on

ORDER EXTENDING TEMPORARY RESTRAINING
ORDER - 1

October 19, 2023, is continued to November 20, 2023, at 10:00 a.m. whereby Defendants are ordered to show cause why an order under Federal Rule of Civil Procedure 65 should not be entered granting Plaintiff, BMO Bank N.A., a preliminary injunction enjoining Defendants from disbursing or spending further funds from their accounts;

AND IT IS FURTHER ORDERED that Defendants' responsive papers, if any, shall be filed with the Clerk of this Court and served on the attorneys for Plaintiff by delivering copies to Plaintiff's counsel on or before Monday, November 13, 2023.  Any reply shall be filed and served by Plaintiff on or before November 17, 2023;

AND IT IS FURTHER ORDERED that all other provisions of the TRO shall remain in full force and effect.

Dated this 19th day of October, 2023

_____
John H. Chun
United States District Judge

ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2