UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO Bank N.A., <br><br> Plaintiff, <br><br> v. <br><br> RAIDEN, llc, a Washington limited liability company; and MIKHAIL GOIMAN a/k/a MIHAI GOIMAN and the marital community composed of MIKHAIL GOIMAN and JANE or JOHN DOE GOIMAN, <br><br> Defendants. | CASE NO. 23-cv-01465 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This order advises that the Court will inquire about the following pending motions at the November 20, 2023, hearing: Motion for Prejudgment Writ of Garnishment, Dkt. # 19; Motion for Order to Serve by Publication, Dkt. # 21; and Motion for Default, Dkt. # 22.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 9th day of November 2023.

MINUTE ORDER - 1

<u>Ravi Subramanian</u>
Clerk

<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk

MINUTE ORDER - 2