IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BMO BANK N.A.,<br><br>                Plaintiff,<br><br>vs.<br><br>RAIDEN, LLC, a Washington limited liability company; and MIKHAIL GOIMAN a/k/a/ MIHAI GOIMAN and the marital community composed of MIKHAIL GOIMAN and JANE or JOHN DOE GOIMAN,<br><br>                Defendants. | Case No. 23-cv-01465-JHC<br><br>**ORDER ON MOTION FOR PREJUDGMENT WRIT OF GARNISHMENT PURSUANT TO RCW 6.25 *ET. SEQ.* AND RCW 6.26 *ET. SEQ.*** |

**ORDER**

This cause coming to be heard on Plaintiff's Motion for Prejudgment Writ of Garnishment, due notice having been given and the court being fully advised in the premises and having heard the arguments of counsel for Plaintiff, and the Court finding that Plaintiff has: (1) demonstrated that the statutory grounds for a prejudgment writ of garnishment exists, and (2) demonstrated the probable validity of its claim.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Prejudgment Garnishment (the *"Motion"*) is <u>granted</u>;

2. Upon request of Plaintiff, the Clerk of this court shall issue one or more Prejudgment Writs of Garnishment for attachment and the garnishment of personal properties of Defendant Raiden, LLC ("Defendant") in the principal amount of $982,733.00, as provided for in RCW 6.25 *et. seq.* and RCW 6.26 *et. seq.*;

3. No bond shall be required;

4. Upon Plaintiff's request, the Clerk of the Court shall issue prejudgments Writs of Garnishment conditioned upon Plaintiff filing an application that includes the following statement pursuant to RCW 6.26.050:

      ……….that the plaintiff has reason to believe, and does believe, that the garnishee, stating the garnishee's name and residence or place of business, is indebted to the defendant in amounts exceeding those exempted from garnishment by any state or

federal law, or that the garnishee has possession or control of personal property or effects belonging to the defendant which are not exempted from garnishment by any state or federal law; and whether or not the garnishee is the employer of the defendant.

5. Any funds collected under any prejudgment writs of garnishment shall be deposited into the Court registry and will only be disbursed upon further order of the court.

Dated this 15th day of November, 2023.

_____
Honorable John H. Chun
United States District Judge