1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BMO BANK N.A.,<br><br>                                        Plaintiff,<br><br>        v.<br><br>RAIDEN LLC and MIKHAIL GOIMAN<br>a/k/a MIHAI GOIMAN,<br><br>                                        Defendants. | Case No. 2:23-cv-01465-JHC<br><br>**ORDER CONTINUING ORDER<br>GRANTING TEMPORARY<br>RESTRAINING ORDER AND<br>VACATING ATTACHMENT ORDER** |

This matter comes before the Court pursuant to the Court's previously entered Order

Granting Temporary Restraining Order (the "TRO"). *See* Dkt. ## 15 & 18.  Pursuant to the

TRO, a hearing was held on November 20, 2023, at 10:00 a.m. wherein BMO Bank N.A.

appeared through its attorney Jacob D. Rosenblum and requested that the TRO be continued

three weeks.  No Defendants appeared.  The Court finding good cause to continue the hearing on

the TRO, and the Court further finding that the TRO should remain in effect, hereby

ORDERS that the TRO shall remain in effect until further order of this Court and that all

injunctions and restraints against Defendants in the TRO shall remain in effect until December

11, 2023; it further

**ORDER CONTINUING ORDER GRANTING
TEMPORARY RESTRAINING ORDER AND
VACATING ATTACHMENT ORDER - 1**

ORDERS that all other provisions of the TRO shall remain in full force and effect

Attorneys for BMO Bank N.A.; it further

ORDERS that the Court's previously entered Order on Motion for Prejudgment Writ of

Garnishment Pursuant to RCW 6.25 et. seq. and RCW 6.26 et. seq, Dkt. # 25, is vacated without

prejudice.

Dated this 20th day of November, 2023.

John H. Chun
United States District Judge

**ORDER CONTINUING ORDER GRANTING
TEMPORARY RESTRAINING ORDER AND
VACATING ATTACHMENT ORDER** - 2