IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BMO BANK N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RAIDEN, LLC, a Washington limited liability company; and MIKHAIL GOIMAN a/k/a/ MIHAI GOIMAN and the marital community composed of MIKHAIL GOIMAN and JANE or JOHN DOE GOIMAN, <br><br> Defendants. | Case No. 2:23-cv-01465-JHC <br><br> **ORDER TO SERVE BY PUBLICATION** |

This cause coming to be heard on Plaintiff's BMO Bank N.A.'s ("BMO") Motion for Order to Serve by Publication, Dkt. # 21, due notice having been given and the court, having reviewed the Motion, Declaration of Jacob D. Rosenblum in Support of the Motion for Order to Service by Publication and its supporting exhibits, and the court having found that BMO has been unable to serve Defendant Mikhail Goiman a/k/a Mihai Goiman, individually and on behalf of the marital community composed of Mikhail Goiman a/k/a Mihai Goiman and Jane/John Doe Goiman ("Goiman"), that Defendant Goiman is believed not to be a resident of this state but has property remaining in the state by virtue of his membership interest in Raiden, LLC,

IT IS HEREBY ORDERED:

1. BMO's Motion is <u>granted</u>;

2. BMO is authorized to serve Defendant Goiman pursuant to RCW 4.28.100;

3. No bond shall be required;

4. That the Summons, substantially in the form attached hereto, shall be published in a manner prescribed and in conformity with the requirements of RCW 4.28.100.

//
//

MOTION FOR ORDER TO SERVE BY PUBLICATION - 1

Dated this 27th day of November, 2023

_____
John H. Chun
United States District Judge

MOTION FOR ORDER TO SERVE BY PUBLICATION - 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| BMO Bank, N.A.<br><br>*Plaintiff(s)*<br>v.<br>Raiden LLC, as washington state limited liability company, and Mikhail Goiman a/k/a Mihai Goiman and the marital community composed of Mikhail Goiman and Jane or John Doe Goiman<br>*Defendant(s)* | Civil Action No. 2:23-cv-01465-JHC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mikhail Goiman a/k/a Mihai Goiman
5692 East Clear Ridge Street
Boise, ID 83716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Schweet Linde & Rosenblum, PLLC
Attn: Jacob Rosenblum
575 South Michigan Street
Seattle, WA 98108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/25/2023                                         _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| BMO Bank, N.A.<br><br>*Plaintiff(s)*<br>v.<br>Raiden LLC, as washington state limited liability company, and Mikhail Goiman a/k/a Mihai Goiman and the marital community composed of Mikhail Goiman and Jane or John Doe Goiman<br>*Defendant(s)* | Civil Action No. 2:23-cv-01465-JHC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Raiden LLC
R/A Mihail Goiman
1715 98th Avenue Southeast
Lake Stevens, WA 98258-4553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Schweet Linde & Rosenblum, PLLC
Attn: Jacob D. Rosenblum
575 South Michigan Street
Seattle, WA 98108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/25/2023

Signature of Clerk or Deputy Clerk