UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO Bank N.A., <br><br> Plaintiff, <br><br> v. <br><br> RAIDEN, llc, a Washington limited liability company; and MIKHAIL GOIMAN a/k/a MIHAI GOIMAN and the marital community composed of MIKHAIL GOIMAN and JANE or JOHN DOE GOIMAN, <br><br> Defendants. | CASE NO. 23-cv-01465 <br><br> ORDER |

This matter comes before the Court on Plaintiff's Motion for Entry of Judgment on Default by the Clerk Pursuant to Fed. R. Civ. P. 55(b)(1) and LCR 55(b)(3). Dkt. # 29. The Court DENIES the motion without prejudice. Plaintiff may submit a motion for default judgment that applies the seven factors in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986).

Dated this 13th day of December, 2023.

John H. Chun
United States District Judge

ORDER - 1