1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BMO BANK N.A.,

Plaintiff,

v.

RAIDEN, LLC, a Washington limited
liability company; and MIKHAIL GOIMAN
a/k/a MIHAI GOIMAN and the marital
community composed of MIKHAIL
GOIMAN and JANE or JOHN DOE
GOIMAN,

Defendant.

CASE NO. 2:23-cv-01465-JHC

ORDER DISTRIBUTING FUNDS
DEPOSITED INTO COURT REGISTRY

Before the Court is Plaintiff's Motion to Release Funds Deposited into Court Registry.

Dkt. # 35.  The Court has reviewed the motion and the record in this matter.  The motion is noted

for February 1, 2024, but the Court sees no good reason to wait to rule on it.  The Court

GRANTS the Motion.

The Court therefore ORDERS that the Clerk of this Court shall distribute the entirety of

the $5,000.00 of deposited funds plus any accrued interest that the Clerk is currently holding in

relation to this case to Plaintiff.

In order to effectuate this ORDER, the Clerk is authorized and directed to draw a check

on the funds deposited in the Registry of this court in the principal amount of $5,000.00, plus all

ORDER DISTRIBUTING FUNDS DEPOSITED INTO COURT REGISTRY - 1

accrued interest, payable to "BMO Bank N.A." referencing Case No. 2:23-cv-01465-JHC, and

mail the check as follows to Plaintiff's counsel via United States Mail or courier service

(FedEx/UPS, etc.):

> Bryan E. Jacobson
> CHAPMAN AND CUTLER LLP
> 320 South Canal Street
> Chicago, IL 60606

Dated this 30th day of January, 2024.

John H. Chun
United States District Judge

ORDER DISTRIBUTING FUNDS DEPOSITED INTO COURT REGISTRY - 2