# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO Bank N.A.<br><br>                    Plaintiff,<br><br>    v.<br><br>RAIDEN, llc, a Washington limited liability company; and MIKHAIL GOIMAN a/k/a MIHAI GOIMAN and the marital community composed of MIKHAIL GOIMAN and JANE or JOHN DOE GOIMAN<br><br><br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01465-JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Default Judgment is entered against Defendant Raiden, LLC and Defendant Mikhail

Goiman a/k/a Mihai Goiman and the marital community composed of Mikhail Goiman and Jane

or John Doe Goiman in the amount of $1,150,093.78 plus post-judgment interest.

Dated April 8, 2024.

Ravi Subramanian
Clerk of Court


*/s/Ashleigh Drecktrah*
Deputy Clerk